**Susan GILCHRIST, Appellant,**

v.

**Norman PERL, individually and De-Parcq, Anderson, Perl, Huneg & Rudquist, P.A., Respondents.**

**No. C8–84–2152.**

Supreme Court of Minnesota.

Oct. 3, 1985.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the certification from the Court of Appeals, 363 N.W.2d 904, be, and the same is, approved; that the petition for further review filed on behalf of the petitioners Norman Perl, et al., be, and the same is, granted; and that the application of Marshall Tanick to serve and file a brief as amicus curiae be, and the same is, granted. The following briefing schedule is established: the brief of the petitioners and the amicus curiae shall be served and filed not later than 30 days from the date of this order; the respondents' brief served and filed within 30 days thereafter and the petitioners' reply brief, if any, within 10 days thereafter. The amicus curiae will not participate in the oral argument to be scheduled at some future date.

**John Michael O'BRIEN, Trustee for the next-of-kin of Sandra O'Brien, decedent, et al., Appellants,**

v.

**ESTATE OF Richard MOE, et al., American Motor Sales Corporation, Appellants,**

**City of St. Paul, Respondent,**

**Delta-Queen Steamboat Company, a.k.a. The Mississippi Queen Steamboat, Appellant.**

**No. C1–84–2008.**

Supreme Court of Minnesota.

Oct. 3, 1985.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of the City of St. Paul for further review of 370 N.W.2d 436 be, and the same is, granted and all proceedings, including briefing, are stayed on appeal pending final disposition of the appeal in *Bernthal v. City of St. Paul,* 361 N.W.2d 146 (Minn. App.1985); petition for review granted February 28, 1985. Thereafter, the parties will be notified about further action required, if any.